UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, CLEAN WISCONSIN, MIDWEST ENVIRONMENTAL DEFENSE CENTER, and SIERRA CLUB,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>　　　　　　Defendant. | Case No. 1:16-cv-364-CRC |

**Joint Motion to Extend Deadline**

The parties jointly move the Court for an extension of EPA's deadline to take final action.

Earlier this Court ordered EPA to complete risk and technology review rulemakings for certain source categories, including Rubber Tire Manufacturing, under section 112(d) and (f) of the Clean Air Act, 42 U.S.C. § 7412(d), (f).  ECF No. 38 (setting deadline at June 30, 2020). The Court later extended the deadline for Rubber Tire Manufacturing to October 27, 2022.  *See* ECF No. 61 (extending deadline); ECF No. 60 (joint motion for extension).

EPA intends to collect additional information to support development of a proposed rule for this action.  The parties thus request that the Court extend the deadline to take final action for Rubber Tire Manufacturing to March 29, 2024.

1

Submitted on March 10, 2022.

        */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Sue.Chen@usdoj.gov

*Counsel for Defendant*

        */s/ Emma C. Cheuse*
Emma C. Cheuse (D.C. Bar No. 488201)
James S. Pew (D.C. Bar No. 448830)
Earthjustice
1001 G Street, NW Suite 1000
Washington, DC 20001
echeuse@earthjustice.org
jpew@earthjustice.org
Tel: 202-667-4500 ext. 5220 or 5214

*Counsel for Plaintiffs*

**Certificate of Service**

I certify that on March 10, 2022, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

        */s/ Sue Chen*
Sue Chen