UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, CLEAN WISCONSIN, MIDWEST ENVIRONMENTAL DEFENSE CENTER, and SIERRA CLUB,<br><br>                    Plaintiffs,<br>     v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>                    Defendant. | Case No. 1:16-cv-364-CRC |

**Notice of Final Action**

EPA hereby gives notice that it has taken final action on the Miscellaneous Coating Manufacturing source category in response to the Court's April 15, 2021, order. ECF No. 61 (extending deadlines for this source category to February 16, 2023, and extending deadlines for various other source categories). The action was finalized on February 15 and published in the Federal Register on February 22, 2023. 88 Fed. Reg. 10,842.[1]

Submitted on April 28, 2023

                                          /s/ Sue Chen
                                          Sue Chen
                                          U.S. Department of Justice
                                          Environment & Natural Resources Division
                                          Environmental Defense Section
                                          P.O. Box 7611

---

[1] This notice was due on March 24, 2023. ECF No. 61. We apologize for the delay.

1

Washington, D.C. 20044<br>
Tel: (202) 305-0283<br>
Sue.Chen@usdoj.gov

## Certificate of Service

I certify that on April 28, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

<u>  /s/ Sue Chen  </u><br>
Sue Chen