UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, CLEAN WISCONSIN, MIDWEST ENVIRONMENTAL DEFENSE CENTER, and SIERRA CLUB,<br><br>Plaintiffs,<br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>Defendant. | Case No. 1:16-cv-364-CRC |

**EPA's Unopposed Motion to Extend Deadline**

EPA moves for an extension of its deadline to take final action until June 30, 2024. Plaintiffs do not oppose EPA's requested relief.

Earlier this Court ordered EPA to complete risk and technology review rulemakings for certain source categories, including Lime Manufacturing Plants, under section 112(d) and (f) of the Clean Air Act, 42 U.S.C. § 7412(d), (f). ECF No. 38 (setting deadline at June 30, 2020). The Court later extended the deadline for Lime Manufacturing Plants to August 1, 2023. Minute Order (Jan. 24, 2023) (extending deadline to August 1, 2023); *see* ECF No. 61 (extending deadline to February 23, 2023).

In January, EPA's proposal for this action was published in the Federal Register. 88 Fed. Reg. 805 (Jan. 5, 2023). The comment period closed on February 21, 2023. Some

1

comments challenged underlying assumptions that EPA had made when it decided, under the Regulatory Flexibility Act, that the proposal would not have "a significant economic impact on a substantial number of small entities." 5 U.S.C. § 605(b). Because EPA can no longer certify that the proposal would not have such effects, the agency now plans to convene a review panel under 5 U.S.C. § 609(b), invite public comments on an initial regulatory flexibility analysis, and issue a final regulatory flexibility analysis to accompany the final rule. *See id.* §§ 603-04.

As a result, EPA will need more time to take final action. The agency thus asks that the Court extend the deadline for Lime Manufacturing Plants to June 30, 2024.

Submitted on July 20, 2023

                                                    */s/ Sue Chen*
                                              Sue Chen
                                              U.S. Department of Justice
                                              Environment & Natural Resources Division
                                              Environmental Defense Section
                                              P.O. Box 7611
                                              Washington, D.C. 20044
                                              Tel: (202) 305-0283
                                              Sue.Chen@usdoj.gov

### Certificate of Service

I certify that on July 20, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

                                                    */s/ Sue Chen*
                                              Sue Chen