UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUE RIDGE ENVIRONMENTAL DEFENSE LEAGUE, CLEAN WISCONSIN, MIDWEST ENVIRONMENTAL DEFENSE CENTER, and SIERRA CLUB,<br><br>     Plaintiffs,<br> v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency,<br><br>     Defendant. | Case No. 1:16-cv-364-CRC |

**EPA's Unopposed Motion to Extend Deadline**

  EPA moves for an extension of a deadline to take final action.  Plaintiffs do not oppose EPA's requested relief.

  Earlier this Court ordered EPA to complete risk and technology review rulemakings for certain source categories—among them Taconite Iron Ore Processing—under sections 112(d) and (f) of the Clean Air Act, 42 U.S.C. § 7412(d), (f).  ECF No. 38 (setting deadlines at June 30, 2020).  The Court recently extended the deadline for Taconite Iron Ore Processing to December 18, 2023.  Minute Order (Oct. 2, 2023); *see also* Minute Order (Mar. 14, 2022); Minute Order, (Apr. 15, 2021).

1

As EPA explained in September, the comment period on its proposal for Taconite Iron Ore Processing closed on July 7, 2023.  Unopposed Mot. for Extension of Time, ECF No. 67 (Sept. 29, 2023); *see* 88 Fed. Reg. 41,872 (June 28, 2023).  In reviewing and responding to comments, the agency recently realized that it needed a modest extension of time to comprehensively address the comments and flesh out the record.  EPA thus asks the Court to extend the final-action deadline for this source category to January 31, 2024.

Submitted on November 29, 2023

        */s/ Sue Chen*
Sue Chen
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Sue.Chen@usdoj.gov

### Certificate of Service

I certify that on November 29, 2023, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

        */s/ Sue Chen*
Sue Chen